UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **09 CR 446** |
| | ) | |
| v. | ) | Violations: Title 18, United States |
| | ) | Code, Sections 924(c)(1)(A), |
| DAHVEED DEAN, | ) | 2113(a), and 2 **JUDGE DER-YEGHIAYAN** |
| TERRANCE DANIELS, and | ) | **MAGISTRATE JUDGE DENLOW** |
| ALBERT JONES | ) | |

### COUNT ONE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about August 2, 2005, at South Holland, in the Northern District of Illinois, Eastern Division,

DAHVEED DEAN, and
TERRANCE DANIELS,

defendants herein, by force, violence and by intimidation, did take from the person and presence of bank employees approximately $46,726 belonging to and in the care, custody, control, management, and possession of the First National Bank, located at 200 West 162nd Street, South Holland, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2.

FILED

MAY 1 2 2009 TC
May 12, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1

## COUNT TWO

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about August 2, 2005, at South Holland, in the Northern District of Illinois, Eastern Division,

>	DAHVEED DEAN, and
>	TERRANCE DANIELS,

defendants herein, used and carried a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, bank robbery, a violation of Title 18, United States Code, Section 2113(a), as more fully set forth in Count One of this indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT THREE

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about August 25, 2005, at Skokie, in the Northern District of Illinois, Eastern Division,

        TERRANCE DANIELS, and
        ALBERT JONES,

defendants herein, by force, violence and by intimidation, did take from the person and presence of bank employees approximately $79,300 belonging to and in the care, custody, control, management, and possession of the Bank of Lincolnwood, located at 8047 Skokie Boulevard, Skokie, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT FOUR

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about August 25, 2005, at Skokie, in the Northern District of Illinois, Eastern Division,

TERRANCE DANIELS, and
ALBERT JONES,

defendants herein, used and carried a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, bank robbery, a violation of Title 18, United States Code, Section 2113(a), as more fully set forth in Count Three of this indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT FIVE

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about December 20, 2005, at Chicago, in the Northern District of Illinois, Eastern Division,

DAHVEED DEAN,

defendant herein, by force, violence and by intimidation, did take from the person and presence of bank employees approximately $187,624 belonging to and in the care, custody, control, management, and possession of the First Bank, located at 2356 South Kedzie, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT SIX

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about December 20, 2005, at Chicago, in the Northern District of Illinois, Eastern Division,

DAHVEED DEAN,

defendant herein, used and carried a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, bank robbery, a violation of Title 18, United States Code, Section 2113(a), as more fully set forth in Count Five of this indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY