IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 09 CR 446 |
| | ) | Judge Samuel Der-Yeghiayan |
| DAHVEED DEAN, | ) | |
| | ) | |
| Defendant. | ) | |

**Supplement to Defendant Dean's Motion to Suppress Evidence**

Defendant Dahveed Dean, by his attorney Raymond D. Pijon, requests leave to supplement his previously filed Motion to Suppress Evidence with the attached affidavit. By oversight, an affidavit relative to another motion was appended in error to the suppression motion.

Respectfully submitted,

/s/ Raymond D. Pijon

Raymond D. Pijon
134 N. La Salle St.
Suite 1800
Chicago, IL 60602
312/236-8708